UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
EQUAL EMPLOYMENT OPPORTUNITY :
COMMISSION, :
:
                    Applicant, :         23-MC-149 (JMF)
:
           -v- :         <u>ORDER</u>
:
USA CINEMA SERVICES d/b/a CINEPOLIS, :
:
                    Respondent. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 4, 2023, Applicant Equal Employment Opportunity Commission ("EEOC") filed a petition to enforce an administrative subpoena served on Respondent USA Cinema Services in connection with a pending EEOC investigation.  ECF No. 4.  Any opposition to the petition shall be filed by **May 19, 2023.**  No reply may be filed absent leave of Court.

      In addition, the parties are directed to appear for a conference on **May 24, 2023, at 4:00 p.m.**  The conference will be held **remotely by telephone** in accordance with Rule 3(B) of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman.  The parties should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key. (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)  Counsel should review and comply with the rules regarding teleconferences in the Court's Individual Rules and Practices in Civil Cases, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

      The EEOC is directed to serve a copy of this Order electronically on Respondent by **May 8, 2023**, and to file proof of service on the docket by **May 9.**

      SO ORDERED.

Dated: May 5, 2023
       New York, New York                       _____
                                                         JESSE M. FURMAN
                                                 United States District Judge