

> Application GRANTED. The conference scheduled for May 24, 2023, is hereby ADJOURNED to **July 7, 2023, at 11:30 a.m.** The Clerk of Court is directed to terminate ECF Nos. 13 and 15.
>
> SO ORDERED.
>
> *[signature]*
>
> May 9, 2023

**New York**
Times Square Tower
7 Times Square
Suite 4300
New York, New York 10036
(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9985

**Writer's E-mail:**
jreiter@fisherphillips.com

May 9, 2023

<u>**Via ECF**</u>
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Equal Employment Opportunity Commission v. USA Cinema Services d/b/a Cinepolis*
      Civil Action No. 23-MC-00149 (JMF)

Dear Judge Furman:

We represent Respondent USA Cinema Services d/b/a Cinepolis ("Respondent") in the above referenced action. We write to respectfully request that Respondent's deadline to file its opposition to the Equal Employment Opportunity Commission's ("EEOC") petition to enforce an administrative subpoena (the "Petition") be extended from May 19, 2023 up to and including June 19, 2023. Respondent requests this extension in order to have sufficient time to formulate its response to the Petition, and to explore the possibility of early resolution. Counsel for the EEOC has consented to this extension. This is Respondent's first request for an extension of the deadline to respond to the Petition.

Pursuant to the Court's May 5, 2023 order, the Parties have been ordered to appear for a conference on May 24, 2023 at 4:00 PM. *See* ECF Dkt. No. 10. In light of Respondent's extension request, Respondent proposes that the conference be rescheduled to either June 26, June 27 (after 1:00 PM) or June 29, 2023. Thank you for your consideration of this request.

Respectfully submitted,

*s/ Justin W. Reiter*

Justin W. Reiter
For FISHER & PHILLIPS LLP

cc:   Counsel of record (via ECF)

**Fisher & Phillips LLP**
Atlanta • Baltimore • Bethesda • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit • Fort Lauderdale • Gulfport
Houston • Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • Nashville • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Pittsburgh • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC • Woodland Hills